IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN FREDERICK HOY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 3:13-cv-01362 |
| | : | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : : : : | Hon. John E. Jones III |
| | : | |
| Defendant. | : | |

## ORDER

### August 20, 2014

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of John Frederick Hoy and against the Commissioner of Social Security as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying John Frederick Hoy social security disability insurance benefits is vacated and the case remanded to the Commissioner of Social Security to award benefits to John Frederick Hoy as of his alleged onset date of May 31, 2011.

3. The Clerk of Court shall close this case.

BY THE COURT:

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge